IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-30422 |
| | ) | (Chapter 11) |
| JAMIESON CAPEX FUND, LLC. | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| JAMIESON CAPEX FUND, LLC., | ) | |
| | ) | Adversary Case No. 24-07028 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JEFF JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

## **<u>NOTICE OF APPEARANCE</u>**

Please note the appearance of Christianna A. Cathcart as counsel for Jamieson CAPEX Fund,

LLC., a debtor herein, and serve all pleadings and court papers upon undersigned counsel.


Respectfully Submitted,

Dated: November 12, 2024          By:    /s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 970-2770
christianna@dakotabankruptcy.com
*Counsel for the Debtor*

1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 12th day of November, 2024, a copy of the foregoing was served electronically upon filing via the ECF system.

<u>/s/ Christianna A. Cathcart</u>
Christianna A. Cathcart, Esq.