B2500A (Form 2500A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## District of North Dakota

In Re: Jamieson CAPEX Fund, LLC
Debtor

Bankruptcy Case No.: **24–30422**
Chapter **11**

Jamieson CAPEX Fund, LLC

Adv. Proc. No.: **24–07028**

Plaintiff(s)

v.

Jeff Johnson

Defendant(s)

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:

    Kay A. Melquist
    Clerk, U.S. Bankruptcy Court
    Quentin N. Burdick U.S. Courthouse
    655 1st Avenue North, Suite 210
    Fargo, ND 58102–4932

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:

    Maurice VerStandig (Attorney for Plaintiff)
    The Dakota Bankruptcy Firm
    1630 1st Avenue N
    Suite B PMB 24
    Fargo, ND 58102

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

DATE ISSUED: November 12, 2024

Kay A. Melquist
Clerk, U.S. Bankruptcy Court

BY: /s/ Shantel Jacobson
Deputy Clerk

B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, __Maurice VerStandig__ (name), certify that service of this summons and a copy of the complaint was made __November 18, 2024__ (date) by:

- ■ **Mail service:** Regular, first class United States mail, postage fully pre-paid, addressed to:

    JEFF JOHNSON  
    4001 15TH AVE NW  
    FARGO ND 58102  

    and  

    TYLER LEVERINGTON, ESQ.  
    OHNSTAD TWICHELL, P.C.  
    P.O. BOX 458  
    WEST FARGO ND 58078

- ❑ **Personal Service:** By leaving the process with the defendant or with an officer or agent of defendant at:

- ❑ **Residence Service:** By leaving the process with the following adult at:

- ❑ **Certified Mail Service on an Insured Depository Institution:** By sending the process by certified mail addressed to the following officer of the defendant at:

- ❑ **Publication:** The defendant was served as follows: [Describe briefly]

- ❑ **State Law:** The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __11/21/24__    Signature __/s/ Maurice B. VerStandig__

Print Name: Maurice B. VerStandig

Business Address: The Dakota Bankruptcy Firm  
1630 1st Avenue N., Suite B PMB 24  
Fargo, ND 58102