UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

---

| | |
|---|---|
| In re: | Case No. 24-30422 |
| | (Chapter 11) |
| JAMIESON CAPEX FUND, LLC. | |
| Debtor. | |

---

| | |
|---|---|
| JAMIESON CAPEX FUND, LLC., | |
| | Adversary Case No. 24-07028 |
| Plaintiff, | **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |
| v. | |
| JEFF JOHNSON, | |
| Defendant. | |

---

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rule 9010(b), Christopher M. McShane of Ohnstad Twichell, P.C., hereby enters his appearance as counsel in this matter on behalf of Defendant Jeff Johnson, and requests that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the contact information below:

Christopher M. McShane
OHNSTAD TWICHELL, P.C.
444 Sheyenne Street, Suite 102
West Fargo, ND 58078-0458
Tel: (701) 282-3249
Email: cmcshane@ohnstadlaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request,

1

758740120

whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced cases and all proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive any defenses or rights that may be asserted in this matter, including a challenge to subject matter and personal jurisdiction to hear this case.

Dated: December 11, 2024. Respectfully submitted,

*/s/ Christopher M. McShane*
Christopher M. McShane, ND ID # 06278
OHNSTAD TWICHELL, P.C.
444 Sheyenne Street, Suite 102
P.O. Box 458
West Fargo, ND 58078-0458
Tel: (701) 282-3249
Fax: (701) 282-0825
Email: cmcshane@ohnstadlaw.com
*Counsel for Defendant Jeff Johnson*

4907-5106-4069, v. 1