**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

---

In re:                                                                          Case No. 24-30422
                                                                                         (Chapter 11)
JAMIESON CAPEX FUND, LLC.

　　　　　　　　　Debtor.

---

JAMIESON CAPEX FUND, LLC.,

　　　　　　　　　　　　　　　　　　　　　　　Adversary Case No. 24-07028

　　　　　　　　Plaintiff,                              **PROOF OF SERVICE**

v.

JEFF JOHNSON,

　　　　　　　　Defendant.

---

Karen Thompson, being first duly sworn, deposes and states that she is over the age of eighteen years and not a party to the above-entitled matter.  That on the 11th day of December, 2024, she served the following documents:

1. **Notice of Appearance and Request for Service of Papers; and**

2. **Answer and Counterclaim**

electronically via email on Maurice "Mac" VerStandig at:  mac@dakotabankruptcy.com

I declare, under penalty of perjury under the law of North Dakota, that the foregoing is true and correct.  Signed on the 11th day of December, 2024, in the City of West Fargo, County of Cass, State of North Dakota, USA.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Karen Thompson*
　　　　　　　　　　　　　　　　　　　　　　　Karen Thompson

4906-1075-1749, v. 1