IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-30422 |
| | ) | (Chapter 11) |
| JAMIESON CAPEX FUND, LLC. | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| JAMIESON CAPEX FUND, LLC., | ) | |
| | ) | Adversary Case No. 24-07028 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JEFF JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION TO DISMISS

NOTICE IS HEREBY GIVEN that Jamieson CAPEX Fund, LLC has filed a motion to dismiss the counterclaim asserted by Jeff Johnson in this adversary proceeding. A copy of the motion is being filed of even date with this notice.

NOTICE IS FURTHER GIVEN that written objections to the granting of the motion, if any, shall be filed with the Clerk of the United States Bankruptcy Court for the District of North Dakota, 655 1st Ave. N. Suite 210, Fargo, ND 58102-4932 within twenty-one (21) days from the date of the giving of this notice. Any objections not filed and served may be deemed waived.

*[Signature Block and Certificate of Service on Following Page]*

1

        Respectfully submitted,

Dated: December 23, 2024    By:    /s/ Maurice B. VerStandig
        Maurice B. VerStandig, Esq.
        The Dakota Bankruptcy Firm
        1630 1st Avenue N
        Suite B PMB 24
        Fargo, North Dakota 58102-4246
        Phone: (701) 394-3215
        mac@dakotabankruptcy.com
        *Counsel for the Debtor*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of December, 2024, a copy of the foregoing was served electronically upon filing via the ECF system.

        /s/ Maurice B. VerStandig
        Maurice B. VerStandig

2