**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re:<br><br>Jamieson CAPEX Fund, LLC,<br><br>        Debtor.<br>_____/ | Bky. Case No. 24-30422<br>Chapter 11 |
| Jamieson CAPEX Fund, LLC,<br><br>        Plaintiff,<br>  v.<br><br>Jeff Johnson,<br><br>        Defendant.<br>_____/ | Adversary No. 24-07028 |
| Jeff Johnson,<br><br>        Counter-Claimant,<br>  v.<br><br>Jamieson CAPEX Fund, LLC,<br><br>        Counter-Defendant.<br>_____/ | |

**ORDER DISMISSING COUNTERCLAIM**

On December 23, 2024, Jamieson CAPEX Fund, LLC, filed a Motion to Dismiss Counterclaim. Doc. 10. The Court received no objections to the motion. Upon review of the documents filed in this case, the Court finds cause for granting the motion. Therefore, IT IS **ORDERED** that Jamieson CAPEX Fund, LLC's Motion to Dismiss Counterclaim [Doc. 10] is **GRANTED.** Jeff Johnson's counterclaim is dismissed. The Counter-Claimant and Counter-Defendant shall be removed from the caption of filed documents in this case.

Dated this 16th day of January, 2025.

                                                  /s/ Shon Hastings
                                                  Shon Hastings, Judge
                                                  United States Bankruptcy Court