United States Bankruptcy Court

District of North Dakota

Jamieson CAPEX Fund, LLC,

    Plaintiff

Johnson,

    Defendant

Adv. Proc. No. 24-07028-skh

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 16, 2025 | Form ID: pdf2some | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | | Jamieson CAPEX Fund, LLC, 2865 Lilac LN N, Fargo, ND 58102-1706 |
| dft | + | Jeff Johnson, 4001 15th Ave NW, Fargo, ND 58102-2832 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cd | * | Jamieson CAPEX Fund, LLC, 2865 Lilac LN N, Fargo, ND 58102-1706 |
| cc | *+ | Jeff Johnson, 4001 15th Ave NW, Fargo, ND 58102-2832 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2025      Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christianna A. Cathcart | on behalf of Plaintiff Jamieson CAPEX Fund  LLC christianna@dakotabankruptcy.com, Cathcart.ChristiannaB114029@notify.bestcase.com |
| Christopher M. McShane | on behalf of Defendant Jeff Johnson cmcshane@ohnstadlaw.com  kthompson@ohnstadlaw.com;jroaldson@ohnstadlaw.com |
| Christopher M. McShane | on behalf of Counter-Claimant Jeff Johnson cmcshane@ohnstadlaw.com |

| District/off: 0868-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 16, 2025 | Form ID: pdf2some | Total Noticed: 2 |

kthompson@ohnstadlaw.com;jroaldson@ohnstadlaw.com

Maurice VerStandig

on behalf of Plaintiff Jamieson CAPEX Fund  LLC mac@mbvesq.com, mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig

on behalf of Counter-Defendant Jamieson CAPEX Fund  LLC mac@mbvesq.com, mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re:<br><br>Jamieson CAPEX Fund, LLC,<br><br>　　　　　Debtor.<br>_____/ | Bky. Case No. 24-30422<br>Chapter 11 |
| Jamieson CAPEX Fund, LLC,<br><br>　　　　　Plaintiff,<br>　v.<br><br>Jeff Johnson,<br><br>　　　　　Defendant.<br>_____/ | Adversary No. 24-07028 |
| Jeff Johnson,<br><br>　　　　　Counter-Claimant,<br>　v.<br><br>Jamieson CAPEX Fund, LLC,<br><br>　　　　　Counter-Defendant.<br>_____/ | |

**ORDER DISMISSING COUNTERCLAIM**

On December 23, 2024, Jamieson CAPEX Fund, LLC, filed a Motion to Dismiss Counterclaim. Doc. 10. The Court received no objections to the motion. Upon review of the documents filed in this case, the Court finds cause for granting the motion. Therefore, IT IS **ORDERED** that Jamieson CAPEX Fund, LLC's Motion to Dismiss Counterclaim [Doc. 10] is **GRANTED.** Jeff Johnson's counterclaim is dismissed. The Counter-Claimant and Counter-Defendant shall be removed from the caption of filed documents in this case.

Dated this 16th day of January, 2025.

　　　　　　　　　　　　　　　　　　/s/ Shon Hastings
　　　　　　　　　　　　　　　　　　Shon Hastings, Judge
　　　　　　　　　　　　　　　　　　United States Bankruptcy Court