UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Jamieson CAPEX Fund, LLC,<br><br>　　　　　　　　Debtor.<br>_____/<br>Jamieson CAPEX Fund, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>Jeff Johnson,<br><br>　　　　　　　　Defendant.<br>_____/ | Bankruptcy No. 24-30422<br>Chapter 11 - Subchapter V<br><br><br><br><br><br><br>Adversary No. 24-07028 |

**ORDER**

On January 28, 2025, Debtor filed a Motion to Approve Compromise with Jeff Johnson, seeking court approval of an agreement resolving Johnson's Motion for Relief from the Automatic Stay and Adversary Proceeding 24-7028. Doc. 102. Debtor served notice of the motion. The Court received no objections and the time to object passed. Based on the information provided by the parties and the documents filed in the adversary and bankruptcy cases, the Court finds that the Settlement Agreement is fair and equitable, reflects a balance of the risks of litigation with potential recovery and appears to be in the best interest of the bankruptcy estate. Therefore, **IT IS ORDERED** that the Motion to Approve Compromise with Jeff Johnson is **GRANTED**. The compromise agreement is **APPROVED**.

Dated this 3rd day of March 2025.

*/s/ Shon Hastings*

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT