**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF NORTH DAKOTA

QUENTIN N. BURDICK UNITED STATES COURTHOUSE
655 1ST AVENUE NORTH, SUITE 210
FARGO, ND 58102-4932
www.ndb.uscourts.gov

**KAY A. MELQUIST**                                                           TELEPHONE NUMBER 701-297-7100
CLERK                                                                                      FAX NUMBER 701-297-7105

July 17, 2025

Maurice VerStandig
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, ND 58102

Re:     Jamieson CAPEX Fund, LLC. v. Johnson
        Adversary Case No. 24-07028

Dear Mr. VerStandig,

The Court has reviewed the above noted adversary proceeding.  Since there has been no recent activity in this case, please file a status report indicating a need for this matter to remain open.

Sincerely,

Kay A. Melquist, Clerk
United States Bankruptcy Court

By:     /s/ Shantel Jacobson
        Shantel Jacobson, Case Administrator
        (701) 297-7103