United States Bankruptcy Court
District of North Dakota

Jamieson CAPEX Fund, LLC,
    Plaintiff

Adv. Proc. No. 24-07028-skh

Johnson,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0868-3     User: admin     Page 1 of 2
Date Rcvd: Jul 17, 2025     Form ID: pdf2some     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Jeff Johnson, 4001 15th Ave NW, Fargo, ND 58102-2832 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cc | *+ | Jeff Johnson, 4001 15th Ave NW, Fargo, ND 58102-2832 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 19, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2025 at the address(es) listed below:

**Name**     **Email Address**

Christianna A. Cathcart
    on behalf of Plaintiff Jamieson CAPEX Fund LLC christianna@dakotabankruptcy.com, Cathcart.ChristiannaB114029@notify.bestcase.com

Christopher M. McShane
    on behalf of Defendant Jeff Johnson cmcshane@ohnstadlaw.com kthompson@ohnstadlaw.com;jroaldson@ohnstadlaw.com

Christopher M. McShane
    on behalf of Counter-Claimant Jeff Johnson cmcshane@ohnstadlaw.com kthompson@ohnstadlaw.com;jroaldson@ohnstadlaw.com

Maurice VerStandig
    on behalf of Plaintiff Jamieson CAPEX Fund LLC mac@mbvesq.com,

| District/off: 0868-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 17, 2025 | Form ID: pdf2some | Total Noticed: 1 |

Maurice VerStandig
    mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

    on behalf of Counter-Defendant Jamieson CAPEX Fund  LLC mac@mbvesq.com,
    mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF NORTH DAKOTA

QUENTIN N. BURDICK UNITED STATES COURTHOUSE
655 1ST AVENUE NORTH, SUITE 210
FARGO, ND 58102-4932
www.ndb.uscourts.gov

KAY A. MELQUIST                                                                      TELEPHONE NUMBER 701-297-7100
CLERK                                                                                FAX NUMBER 701-297-7105

July 17, 2025

Maurice VerStandig
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, ND 58102

Re:   Jamieson CAPEX Fund, LLC. v. Johnson
      Adversary Case No. 24-07028

Dear Mr. VerStandig,

The Court has reviewed the above noted adversary proceeding. Since there has been no recent activity in this case, please file a status report indicating a need for this matter to remain open.

Sincerely,

Kay A. Melquist, Clerk
United States Bankruptcy Court

By:   /s/ Shantel Jacobson
      Shantel Jacobson, Case Administrator
      (701) 297-7103