IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-30422 |
| | ) | (Chapter 11) |
| JAMIESON CAPEX FUND, LLC. | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| JAMIESON CAPEX FUND, LLC., | ) | |
| | ) | Adversary Case No. 24-07028 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JEFF JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL**

Come now Jamieson CAPEX Fund, LLC ("CAPEX" or the "Debtor"), and Jeff Johnson ("Mr. Johnson"), by and through respective undersigned counsel, pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and hereby stipulate to dismiss the above-captioned action, *with prejudice*.

Respectfully submitted,

Dated: August 7, 2025        By:   /s/ Maurice B. VerStandig
                                   Maurice B. VerStandig, Esq.
                                   The Dakota Bankruptcy Firm
                                   1630 1st Avenue N
                                   Suite B PMB 24
                                   Fargo, North Dakota 58102-4246
                                   Phone: (701) 394-3215
                                   mac@dakotabankruptcy.com
                                   *Counsel for the Debtor*

1

<u>/s/ Christopher M. McShane (signed w/ express permission)</u>[1]
Christopher M. McShane, Esq.
Ohnstad Twichell, P.C.
444 Sheyenne Street
Suite 102
West Fargo, ND 58078
701-282-3249
Fax : 701-282-0825
cmcshane@ohnstadlaw.com
*Counsel for the Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of August, 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

<u>/s/ Maurice B. VerStandig</u>
Maurice B. VerStandig

---

[1] Permission sent via e-mail on March 21, 2025. Counsel for the plaintiff is uncertain why a delay ensued in docketing this notice but is reviewing internal firm protocols in an effort to ensure a comparable delay not occur in future cases.

2