# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | Bky. Case No. 24-30422 |
| | Chapter 11 |
| Jamieson CAPEX Fund, LLC, | |
|       Debtor. | |
| _____/ | |
| Jamieson CAPEX Fund, LLC, | Adversary No. 24-07028 |
|       Plaintiff, | |
| v. | |
| Jeff Johnson, | |
|       Defendant. | |
| _____/ | |

## ORDER DISMISSING ADVERSARY PROCEEDING

Based on the Stipulation of Dismissal filed by the parties [Doc. 20] and the Court-approved settlement agreement, IT IS ORDERED that this case is dismissed with prejudice.

Dated this 19th day of August, 2025.

/s/ Shon Hastings
Shon Hastings, Judge
United States Bankruptcy Court