UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:                                                                                  Bky. Case No. 24-30422
                                                                                        Chapter 11
Jamieson CAPEX Fund, LLC,

        Debtor.
_____/

Jamieson CAPEX Fund, LLC,                                          Adversary No. 24-07028

        Plaintiff,

    v.

Jeff Johnson,

        Defendant.
_____/

## JUDGMENT

IT IS ORDERED AND ADJUDGED that this case is dismissed with prejudice.

Dated this 19th day of August, 2025.

        /s/ Shon Hastings
        Shon Hastings, Judge
        United States Bankruptcy Court