United States Bankruptcy Court
District of North Dakota

Jamieson CAPEX Fund, LLC,
    Plaintiff

Johnson,
    Defendant

Adv. Proc. No. 24-07028-skh

# CERTIFICATE OF NOTICE

District/off: 0868-3    User: admin    Page 1 of 2
Date Rcvd: Aug 19, 2025    Form ID: pdf2some    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Jeff Johnson, 4001 15th Ave NW, Fargo, ND 58102-2832 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cc | *+ | Jeff Johnson, 4001 15th Ave NW, Fargo, ND 58102-2832 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 21, 2025      Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christianna A. Cathcart | on behalf of Plaintiff Jamieson CAPEX Fund  LLC christianna@dakotabankruptcy.com, Cathcart.ChristiannaB114029@notify.bestcase.com |
| Christopher M. McShane | on behalf of Defendant Jeff Johnson cmcshane@ohnstadlaw.com  kthompson@ohnstadlaw.com;jroaldson@ohnstadlaw.com |
| Christopher M. McShane | on behalf of Counter-Claimant Jeff Johnson cmcshane@ohnstadlaw.com  kthompson@ohnstadlaw.com;jroaldson@ohnstadlaw.com |
| Maurice VerStandig | |

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 19, 2025 | Form ID: pdf2some | Total Noticed: 1 |

Maurice VerStandig  on behalf of Plaintiff Jamieson CAPEX Fund  LLC mac@mbvesq.com, mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig  on behalf of Counter-Defendant Jamieson CAPEX Fund  LLC mac@mbvesq.com, mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | Bky. Case No. 24-30422 |
| | Chapter 11 |
| Jamieson CAPEX Fund, LLC, | |
| Debtor. | |
| _____/ | |
| Jamieson CAPEX Fund, LLC, | Adversary No. 24-07028 |
| Plaintiff, | |
| v. | |
| Jeff Johnson, | |
| Defendant. | |
| _____/ | |

## ORDER DISMISSING ADVERSARY PROCEEDING

Based on the Stipulation of Dismissal filed by the parties [Doc. 20] and the Court-approved settlement agreement, IT IS ORDERED that this case is dismissed with prejudice.

Dated this 19th day of August, 2025.

/s/ Shon Hastings
Shon Hastings, Judge
United States Bankruptcy Court